**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BROADCAST MUSIC, INC.; E.O. SMITH MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; BOY MEETS GIRL MUSIC; EMI VIRGIN SONGS, INC.; SCRAP METAL MUSIC; SONGS OF UNIVERSAL, INC.; NIGHT GARDEN MUSIC, A DIVISION OF R.E.M./ATHENS, LTD.; MOEBETOBLAME MUSIC; EMI BLACKWOOD MUSIC, INC.; SONG A TRON MUSIC; SCREEN GEMS-EMI MUSIC, INC.; MOW B'JOW MUSIC INC.; SONY/ATV SONGS LLC; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC,

Plaintiffs,

v.

RICK'S CLUB AMERICAN, LTD. d/b/a RICK'S CLUB AMERICAN; and PAUL COLETT, individually,

Defendants.

Case No. 15-cv-4432

**COMPLAINT**

Plaintiffs, by their undersigned attorneys, for their Complaint against Defendants Rick's Club American, Ltd. d/b/a Rick's Club American and Paul Colett (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

**JURISDICTION AND VENUE**

1. This is an action for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

**THE PARTIES**

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the state of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions that are the subject of this action. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff E.O. Smith Music is a sole proprietorship owned by Rivers Cuomo. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Boy Meets Girl Music is a partnership owned by Shannon Rubicam and George Robert Merrill. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff EMI Virgin Songs, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Scrap Metal Music is a partnership owned by John T. Rzeznik, Robert C. Takac, Jr., and George R. Tutuska, Jr. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Night Garden Music is a division of R.E.M./Athens, Ltd., a limited company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Moebetoblame Music is a partnership owned by Michael Balzary, John Anthony Frusciante, Anthony Kiedis, and Chad Gaylord Smith. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff EMI Blackwood Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Song A Tron Music is a partnership owned by Allen George and Fred McFarlane. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Mow B'Jow Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff Concord Music Group, Inc. is a corporation doing business as Jondora Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

19. Defendant Rick's Club American, Ltd. is a limited company, organized and existing under the laws of the state of New York, that operates, maintains, and controls an establishment known as Rick's Club American located at 100 Lake Road, Congers, NY 10920 (the "Establishment"), in this district.

20. In connection with the operation of the Establishment, Defendant Rick's Club American, Ltd. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

21. Defendant Rick's Club American, Ltd. has a direct financial interest in the Establishment.

22. Defendant Paul Colett is an officer of Defendant Rick's Club American, Ltd. with primary responsibility for the operation and management of that limited company and the Establishment.

23. Defendant Paul Colett has the right and ability to supervise the activities of Defendant Rick's Club American and a direct financial interest in that limited company and the Establishment.

**CLAIMS OF COPYRIGHT INFRINGEMENT**

24. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 23.

25. Plaintiffs allege twelve (12) claims of copyright infringement based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the twelve (12) claims of copyright

infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

31. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II) Defendants be ordered to pay statutory damages pursuant to 17 U.S.C. § 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: June 8, 2015
New York, New York

**GIBBONS P.C.**

By: s/ J. Brugh Lower
Mark S. Sidoti
J. Brugh Lower
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: 973-596-4581
Fax: 973-639-6292
msidoti@gibbonslaw.com
jlower@gibbonslaw.com

*Attorneys for Plaintiffs*

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Buddy Holly |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual dba E.O. Smith Music |
| Line 5 | Date(s) of Registration | 3/20/96 |
| Line 6 | Registration No(s). | PA 787-867 |
| Line 7 | Date(s) of Infringement | 4/11/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I Wanna Dance With Somebody Who Loves Me a/k/a Somebody Who Loves Me |
| Line 3 | Writer(s) | George Merrill; Shannon Rubicam |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Shannon Rubicam and George Robert Merrill, a partnership d/b/a Boy Meets Girl Music |
| Line 5 | Date(s) of Registration | 11/10/86 6/15/87 6/30/87 |
| Line 6 | Registration No(s). | PAu 901-755 PA 343-550 PAu 985-995 |
| Line 7 | Date(s) of Infringement | 4/12/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Iris |
| Line 3 | Writer(s) | John Rzeznik |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc.; John T. Rzeznik, Robert C. Takac, Jr. and George R. Tutuska, Jr., a partnership dba Scrap Metal Music |
| Line 5 | Date(s) of Registration | 6-3-98 |
| Line 6 | Registration No(s). | PA 900-647 |
| Line 7 | Date(s) of Infringement | 4/11/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | It's Not Unusual |
| Line 3 | Writer(s) | Gordon Mills; Les Reed |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 3/1/65 |
| Line 6 | Registration No(s). | Ef 29774 |
| Line 7 | Date(s) of Infringement | 4/11/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Losing My Religion |
| Line 3 | Writer(s) | William T. Berry; Peter Lawrence Buck; Mike Mills; Michael Stipe |
| Line 4 | Publisher Plaintiff(s) | Night Garden Music, A Division of R.E.M./Athens, Ltd. |
| Line 5 | Date(s) of Registration | 7/31/91 |
| Line 6 | Registration No(s). | PA 541-342 |
| Line 7 | Date(s) of Infringement | 4/11/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | | 6 |
| Line 2 | Musical Composition | Scar Tissue | |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante | |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music | |
| Line 5 | Date(s) of Registration | 4-5-99 | |
| Line 6 | Registration No(s). | PAu 2-391-891 | |
| Line 7 | Date(s) of Infringement | 4/11/2015 | |
| Line 8 | Place of Infringement | Rick's Club American | |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | | 7 |
| Line 2 | Musical Composition | Show Me Love | |
| Line 3 | Writer(s) | Allen George; Fred Mc Farlane | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Allen George and Fred Mc Farlane, a partnership d/b/a Song A Tron Music | |
| Line 5 | Date(s) of Registration | 3/24/95 | |
| Line 6 | Registration No(s). | PA 752-568 | |
| Line 7 | Date(s) of Infringement | 4/12/2015 | |
| Line 8 | Place of Infringement | Rick's Club American | |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | | 8 |
| Line 2 | Musical Composition | Song 2 | |
| Line 3 | Writer(s) | Damon Albarn; Graham Coxon; David Rowntree; Steven Alexander James | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. | |
| Line 5 | Date(s) of Registration | 7/3/97 | 8/6/98 |
| Line 6 | Registration No(s). | PA 781-334 | PA 906-749 |
| Line 7 | Date(s) of Infringement | 4/11/2015 | |
| Line 8 | Place of Infringement | Rick's Club American | |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Strangers In The Night |
| Line 3 | Writer(s) | Bert Kaempfert; Charles Singleton; Eddie Snyder |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 4/14/66 6/1/66 |
| Line 6 | Registration No(s). | Eu 930986 Ep 217595 |
| Line 7 | Date(s) of Infringement | 4/11/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Two Princes |
| Line 3 | Writer(s) | Christopher Barron p/k/a Spindoctor; Eric Schenkman p/k/a Spindoctor; Mark White p/k/a Spindoctor; Aaron Comess p/k/a Spindoctor |
| Line 4 | Publisher Plaintiff(s) | Mow B'Jow Music Inc.; Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 11/22/92 |
| Line 6 | Registration No(s). | PA 593-765 |
| Line 7 | Date(s) of Infringement | 4/11/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Under The Bridge |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary a/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/9/92 |
| Line 6 | Registration No(s). | PA 561-586 |
| Line 7 | Date(s) of Infringement | 4/11/2015 |
| Line 8 | Place of Infringement | Rick's Club American |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | | 12 |
| Line 2 | Musical Composition | Who'll Stop The Rain | |
| Line 3 | Writer(s) | John C. Fogerty | |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music | |
| Line 5 | Date(s) of Registration | 1/12/70 | 2/16/70 |
| Line 6 | Registration No(s). | Eu 156192 | Ep 271324 |
| Line 7 | Date(s) of Infringement | 4/11/2015 | |
| Line 8 | Place of Infringement | Rick's Club American | |

---